UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERESA E. BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-00596 |
| ) | Judge Sharp |
| ) | |
| ARGOS RISK MANAGEMENT ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Motion for Summary Judgment filed by Defendant Argos Risk Management Services, LLC (Docket No. 18) is hereby GRANTED. In light of this ruling, the Motion to Exclude Testimony of Catina Beard (Docket No. 14), and the Motions in Limine (Docket Nos. 26, 27, 28, 29, 30, 31, 32, 33, 34 & 35) are hereby DENIED AS MOOT.

The Clerk of the Court shall enter final Judgment in favor of Defendant in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE