UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TERESA E. BANKS | ) | |
| | ) | |
| v. | ) | NO. 3:12cv0596 |
| | ) | JUDGE SHARP |
| ARGOS RISK MANAGEMENT | ) | |
| SERVICES, LLC | ) | |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/9/2013.

KEITH THROCKMORTON, CLERK
s/Tina M. Webster, Deputy Clerk