## BILL OF COSTS APPENDIX

**FEES FOR COURT REPORTER SERVICES**

| Video Production Services for the deposition of Teresa Banks | $1,125.28 |
|---|---|
| Michelle E. C. Hinson – Deposition of Teresa Banks | $2,355.75 |
| **TOTAL** | **$3,481.03** |

**FEES FOR COPIES NECESSARILY OBTAINED**

| Medical Records from Cynthia L. Wallace Family Practice | $10.00 |
|---|---|
| Medical Records from Premier Orthopaedics | $16.25 |
| **TOTAL** | **$26.25** |

**FEES FOR COPIES**

| Pleading | No. of pgs x No. copies x .13 per pg | Total Cost |
|---|---|---|
| Defendant's Answer and Counter Claim | 12 x 2 x .13 | 3.12 |
| Defendant's Initial Disclosures | 3 x 2 x .13 | .78 |
| Defendant's First Set of Interroggatories to Plaintiff | 20 x 2 x .13 | 5.20 |
| Defendant's First Set of Requests for Production of Documents | 7 x 2 x .13 | 1.82 |
| Psychotherapy HIPAA Authorization | 1 x 2 x .13 | .26 |
| General HIPAA Authorization | 1 x 2 x .13 | .26 |
| Defendant/ Counter Plaintiff's Response to Plaintiff/ Counter Defendant's Motion to Dismiss | 4 x 2 x .13 | 1.04 |
| Defendant's Response to Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendant | 29 x 2 x .13 | 7.54 |
| Document Production | 1329 x 2 x .13 | 345.54 |
| Notice of Rule 30 (b)(6) Deposition | 5 x 2 x .13 | 1.30 |
| Defendant's Notice of Deposition of Teresa Banks | 2 x 2 x .13 | .52 |
| Plaintiff's Motion and Memorandum In Support of Motion to Quash Subpoenas and /or for a Protective Order and for Expedited Hearing. | 10 x 2 x .13 | 2.60 |
| Defendant's Response in Opposition To Plaintiff's Motion to Quash Subpoenas and/or For a Protective Order | 48 x 2 x .13 | 12.48 |
| Notice of Resolution of Discovery Dispute and Withdraw of Plaintiff's Motion to Quash/ For Protective Order | 2 x 2 x .13 | .52 |

# EXHIBIT A

2451724.1

| | | |
|---|---|---|
| Motion to Exclude Testimony of Catina Beard | 24 x 2 x .13 | 6.24 |
| Declaration of Ivan Gunn | 9x 2 x .13 | 2.34 |
| Declaration of Annette Smith | 3 x 2 x .13 | .78 |
| Declaration of Todd Larry | 7 x 2 x .13 | 1.82 |
| Defendant's Motion for Summary Judgment | 3 x 2 x .13 | 4.68 |
| Defendant's Memorandum in Support of its Motion For Summary Judgment | 26 x 2 x .13 | 6.76 |
| Defendant's Statement of Undisputed Material Facts | 10 x 2 x .13 | 2.60 |
| Defendant's Reply in Support of Summary Judgment | 21 x 2 x .13 | 5.46 |
| Defendant's Objection to Plaintiff's Response to Defendant's Statement of Undisputed Facts and Response to Plaintiff's Additional Statement of Disputed Facts For Trial | 18 x 2 x .13 | 4.68 |
| Defendant's Motion in Limine to Exclude Evidence Regarding Plaintiff's Allegation that Argos Defamed Her and Inhibited Her Ability to Gain Employment | 10 x 2 x .13 | 2.60 |
| Defendant's Motion in Limine to Exclude Evidence Regarding Unemployment Benefits Determination | 9 x 2 x .13 | 2.34 |
| Defendant's Motion in Limine to Exclude Evidence Regarding Alleged Shifting/ Changing Reasons for Plaintiff's Termination | 9 x 2 x .13 | 2.34 |
| Defendant's Motion in Limine to Exclude Evidence Regarding the Potential Settlement of Plaintiff's Workers' Compensation Claim | 9 x 2 x .13 | 2.34 |
| Defendant's Motion In Limine to Exclude Evidence Regarding Untimely Theory or Liability Raised by Plaintiff | 6 x 2 x .13 | 1.56 |
| Defendant's Motion In Limine to Exclude Evidence Referring to a Report of a Work Related Injury By an Employee Other Thank Plaintiff | 9 x 2 x .13 | 2.34 |
| Defendant's Motion In Limine to Exclude Use of Phrase "Dead Woman Walking" at Trial | 7 x 2 x .13 | 1.82 |
| Defendant's Motion In Limine to Exclude Evidence referring to Workers' Compensation Claim Position Statement | 8 x 2 x .13 | 2.08 |
| Defendant's Motion In Limine to Exclude Evidence Regarding Plaintiff's Performance Evaluation | 9 x 2 x .13 | 2.34 |
| Defendant's Motion in Limine to Exclude Reference to Plaintff's Workers' Compensation Sworn Interview As An Interrogation. | 8 x 2 x .13 | 2.08 |
| Defendant's Exhibit List | 3 x 2 x .13 | .78 |

# EXHIBIT A

2451724.1

| Defendant's Witness List | 2 x 2 x .13 | .52 |
|---|---|---|
| Defendant's Damages Brief | 12 x 2 x .13 | 3.12 |
| Defendant's Proposed Jury Instructions | 23 x 2 x .13 | 5.98 |
| Defendant's Proposed Verdict Form | 3 x 2 x .13 | .78 |
| **TOTAL** | | 451.36 |
| **GRAND TOTAL** | | $3,958.64 |

**EXHIBIT A**

2451724.1





RECEIVED
JUL 0 2 2013
NASHVILLE

SOLD TO:
Ms. Mary Dohner Smith
CONSTANGY, BROOKS & SMITH, LLP
Suite 700
401 Commerce Street
Nashville, TN 37219

INVOICE # 7267
DATE 2/6/13

Marcus Lackey d/b/a Video Production Services
Taxpayer ID# 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

TERMS: NET 30 DAYS

Case: Banks v. Argos Risk Mgt.
Audio/video recording the deposition of: Ms. Teresa Banks, 401 Commerce Street, Nashville, TN.
1/30/13, 10:14 AM - 5:41 PM, 7.5 hours total.

| | | |
|---|---:|---:|
| First hour | | $200.00 |
| Second hour | | $150.00 |
| Additional hours (5.5) | $80 | $440.00 |
| Duplication of above to DVD-Video disc, two copies of each of four original recordings | | |
| Archive duplicate disc (4) | $40 | $160.00 |
| Additional duplicate disc (4) | $20 | $80.00 |
| Hand delivery within Davidson County | | n/c |
| | | |
| Sub Total | | $1,030.00 |
| Sales Tax | | $95.28 |
| Total Due | | $1,125.28 |

DVD-video archive duplicate (1 set of 4) held by VPS pending further instructions. DVD-video duplicates (1 set of 4) delivered to Ms. Smith 2/6/13, via hand delivery.

*Thank You!*

2112 Gladstone Avenue · Nashville Tennessee 37211 · 615.293.2359

MICHELLE E.C. HINSON, LCR
1129 Riverwood Drive
Nashville, TN 37216-2227

(615)870-8902
michinson33@gmail.com

*fwd to AH on 2/28*

# Invoice

COPY

| Date | Invoice # |
|---|---|
| 02/18/2013 | 1113 |
| Terms | Due Date |
| Net 30 | 03/20/2013 |

**Bill To**

MARY DOHNER SMITH ESQ.
Constangy, Brooks & SMith
401 Commerce Street, Ste. 700
SunTrust Plaza
Nashville, TN 37219

RECEIVED

FEB 18 2013

NASHVILLE

| Amount Due | Enclosed |
|---|---|
| $2,355.75 | |

Please detach top portion and return with your payment.

| Date | Activity | Amount |
|---|---|---|
| 01/30/2013 | Bank v. Argos<br>USDC No.: 3:12-cv-0596<br>Videotaped deposition of Teresa Banks<br>Attendance fee | 375.00 |
| 02/18/2013 | Transcript fee (Banks original) | 1,116.50 |
| 02/18/2013 | Transcript fee (Peine copy) | 864.25 |

Thank you for your business!
EIN: 45-3727632

| Total | $2,355.75 |
|---|---|

*Robert W. Guth, M.D.* & *Cynthia L. Wallace, M.D.*
FAMILY PRACTICE
4777 Andrew Jackson Pkwy. Suite 101
Hermitage, TN 37076
615-889-7010
F: 615-889-0135

To Whom It May Concern:

Our office is in receipt of a medical records request for __Teresa Banks__. Based on Tennessee Code annotated the rules and regulations for collecting payment for medical records is as follows: $20.00 for the first 40 pages and $.25 for each page thereafter, including the actual cost of mailing. Therefore payment in the amount of $ __10.00__ is required for the records to be mailed. We do not fax records. If you have any questions or concerns, please feel free to contact our office.

Thank you in advance,

*Michelle Formato*

Michelle Formato
Medical Records
615-889-7010 ext. 232

Note: We only accept payment by check. Please make checks payable to the doctor from which records are requested.

Tax Id #'s: Dr. Robert Guth  621344450

Dr. Cynthia Wallace  621776893



**PREMIER ORTHOPAEDICS & SPORTS MEDICINE, PLC**

Administrative Offices

1321 Murfreesboro Road
Suite 510
Nashville, TN 37217
Admin. Tele. (615) 366-1177
Business Tele. (615) 366-8890
Toll Free (800) 323-8858
Fax (615) 366-3379

www.premier-ortho.com

---

Paul A. Abbey, M.D.
L. Brett Babat, M.D.
Malcom E. Baxter, M.D.
Daniel J. Burval, M.D.
Joseph D. Chenger, M.D.
Wesley L. Coker, M.D.
Robert M. Dimick, M.D.
Brandon H. Downs, M.D.
James W. Eby, M.D.
James M. Fish, D.O.
Jason K. Haslam, M.D.
William J. Jekot, M.D.
Sean B. Kaminsky, M.D.
Melvin D. Law, Jr., M.D.
Jeffrey P. Lawrence, M.D.
Robert W. Lowe III, M.D.
William C. Mayfield, III, M.D.
Daniel J. McHugh, M.D.
Steven G. McLaughlin, M.D.
Gregg A. Motz, M.D.
Vincent P. Novak, M.D.
Roger N. Passmore, M.D.
V. Douglas Pierce, Jr., M.D.
Michael L. Reid, M.D.
R. James Renfro, Jr., M.D.
Steve G. Salyers, M.D.
Marc A. Tressler, D.O.
Joseph A. Wieck, M.D.

# INVOICE

**Date:** 02/21/2013

**To:** CONSTANGY, BROOKS, AND SMITH
401 COMMERCE STREET
NASHVILLE, TN 37219

**Telephone:** 615-320-5200     **Fax:** 615-321-5891

## We are in receipt of your request for:

| | |
|---|---|
| ☐ | Medical Records (*NOT* workers' compensation) @ $20.00 for the first 5 pages and $0.50 for each additional page. Page count = |
| ☒ | Medical Records (workers' compensation) @ $10.00 for the first 20 pages and $0.25 for each additional page. Page count = 45 PGS |
| ☐ | Itemized Statement (included in page count when requested with medical records), otherwise $5.00 for the first 10 pages $0.25 for each additional. |
| ☐ | Customized Itemized Account Info (Request for specified dates of service, when computer generated statement of account is not acceptable) $20.00-$50. |
| ☐ | Image Copies on CD $5.00 per CD |
| ☐ | Impairment rating (*NOT* workers' compensation) |
| ☐ | Affidavit $20.00 |
| ☐ | Misc Service |

**Total Amount Due =** $ 16.25

**Patient Name:** TERESA BANKS 01/18/1954

**Account #** 545709      **Dr.** BAXTER

Please note that our office policy requires these fees be prepaid. Invoice will void after 60 days if not paid with the exception of subpoenaed records. Payments and future correspondence should be sent to:

Judy Bobbitt, Medical Records Department Manager
PREMIER ORTHOPAEDICS & SPORTS MEDICINE, PLC
1321 Murfreesboro Road, Suite 510
Nashville, TN 37217
Tax ID# 62-1619606

Please address questions to Julie Collier by telephone at (615) 366-7015 or by fax at (615) 366-2264. Thank you.

Centennial | Harding Place | Hendersonville | Murfreesboro | Skyline | Smyrna | Summit