# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 07, 2014

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re:  Case No. 13-6416, *Teresa Banks v. Argos Risk Management Service*
     Originating Case No. : 3:12-cv-00596

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Linda M. Niesen
Case Manager
Direct Dial No. 513-564-7038

cc:  Mr. Stephen Wayne Grace
     Mr. Kerry Edward Knox
     Ms. Marcia Dawn McShane
     Ms. Mary Dohner Smith
     Mr. Jack Rigolizzo Wallace

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 13-6416

_____

Filed: July 07, 2014

TERESA E. BANKS

    Plaintiff - Appellant

v.

ARGOS RISK MANAGEMENT SERVICES, LLC

    Defendant - Appellee

MANDATE

   Pursuant to the court's disposition that was filed 06/13/2014 the mandate for this case hereby issues today.

COSTS: None